UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

FUAD TAREB

           Defendant.

**ORDER**

22 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing currently scheduled for February 27, 2024, is adjourned to **Tuesday, May 28, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due by May 13, 2024, and any submission by the Government is due by May 20, 2024.

Dated: New York, New York
       February 20, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge