UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>FUAD TAREB<br><br>Defendant. | **ORDER**<br><br>22 Cr. 676 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for May 28, 2024, is adjourned to **Thursday, June 27, 2024, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of the Defendant are due by June 13, 2024, and any submission by the Government is due by June 20, 2024.

Dated:  New York, New York
        May 13, 2024

SO ORDERED.

*Paul G. Gardephe* (signature)
_____
Paul G. Gardephe
United States District Judge