UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                                  :

UNITED STATES OF AMERICA

                                                  :        1:22-CR-00676-PGG-2

    -against-                                    :        <u>ORDER</u>

                                                  :

Fuad Tareb

                                                  :

Defendant

                                                  :
-------------------------------------X

Paul G. Gardephe, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition, mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
June <u>11</u>, 2024

                                                        SO ORDERED:

                                                        _____
                                                        Paul G. Gardephe
                                                       United States District Judge