UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

FUAD TAREB

Defendant.

**ORDER**

22 Cr. 676 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for June 27, 2024, is adjourned to **Wednesday, October 2, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due by September 16, 2024, and any submission by the Government is due by September 23, 2024.

Dated:  New York, New York
        June 17, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge