

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

October 17, 2024

**Via ECF**
Hon. Paul G. Gardephe
Thurgood Mashall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  United States v. Fuad Tareb
        Docket No. 22 Cr. 676 (PGG)

Dear Judge Gardephe,

    This matter is scheduled for sentencing next Wednesday, October 23, 2024, at 3:00 p.m. With apologies, I am writing to advise that I have a scheduling conflict, which compels me to ask that Mr. Tareb's sentencing – subject to the Court's availability – be adjourned to either (1) the afternoon of October 24, 2024; (2) the afternoon of October 25, 2024; or (3) to an alternative date that is more suitable for the Court. I have another sentencing on October 23, 2024 at 1:30 p.m. in Central Islip before Judge Brown in the matter of the *United States v. Benji Diskin*.  I apologize for failing to identify the scheduling conflict sooner.

    I have conferred with AUSA Maroney about this request, and he has no objection to the adjournment. We are both also amenable to an alternative sentencing date that is more suitable for the Court.  Thank you for your courtesy and understanding.

                                          Sincerely,

                                          */s/ Bruce Barket*_____
                                          Bruce Barket, Esq.
                                          *Counsel for Fuad Tareb*

Cc:  Patrick R. Maroney
      Assistant United States Attorney

      Judge's Chambers
      gardephenysdchambers@nysd.uscourts.gov