

**BARKET**EPSTEIN
BARKET EPSTEIN & KEARON, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
212.972.1710
ALL MAIL TO GARDEN CITY ADDRESS

December 4, 2024

**Sent Via Email**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**: The application is denied.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: December 5, 2024

Re: *United States v. Fuad Tareb*
    *Docket No. 22-cr-676*

Dear Judge Gardephe,

On behalf of the defendant in this case, Mr. Fuad Tareb, I write to respectfully request that his scheduled date of surrender to begin serving his sentence be postponed from Tuesday, December 10, 2024 until the first week of January 2025. I have conferred with AUSA Patrick Moroney, the prosecutor in this case, and he has authorized me to advise the Court that the Government does not object to this request, which is being made for two reasons.

First, due to Mr. Tareb's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Second, Mr. Tareb respectfully needs more time to execute important documentation with his attorney, Steve Wieder, including powers of attorneys, health care proxies, and his living will. Cognizant of his scheduled surrender date, Mr. Tareb has been trying to meet with Mr. Wieder to

accomplish these important tasks prior to his incarceration, but Mr. Wieder has been ill for the past two weeks and has had to cancel these meetings.

We are sensitive to the concerns expressed by the Court regarding the age of this case, but, nevertheless, are compelled to ask that Mr. Tareb's surrender date, for the foregoing reasons, be briefly postponed.

Thank you in advance for your attention and thoughtful consideration of this request.

Respectfully;

_____

Danielle Muscatello, Esq.
Bruce Barket, Esq.
*Attorneys for Fuad Tareb*

Cc: AUSA Patrick R. Moroney
     patrick.moroney@usdoj.gov